# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0144
LT Case No. 2023-CF-000140-A

_____

DOURIAN EMMANUEL BUTLER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Dourian Emmanuel Butler, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.


October 14, 2025

PER CURIAM.

   AFFIRMED.

HARRIS, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____